## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **MARCIA J. GORHAM,** *AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARTIN J. GORHAM, INDIVIDUALLY, AND ON BEHALF OF C.L.G., DEPENDENT OF MARTIN J. GORHAM,*<br><br>    PLAINTIFFS<br><br>v.<br><br>**F/V LYDIA & MAYA, INC.,** *in persona and in rem,*<br><br>    DEFENDANT | CIVIL NO. 2:15-CV-171-DBH |

## ORDER AFFIRMING RULING OF THE MAGISTRATE JUDGE

On April 7, 2016, the United States Magistrate Judge entered his Report of Hearing and Order Re: Discovery Dispute. The plaintiffs requested reconsideration of the Order by filing a Combined Objection to the Magistrate Judge's Decision and Motion to Reopen Discovery for a Very Specific Purpose on April 21, 2016. I have reviewed and considered the Magistrate Judge's Order.

I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law, and determine that no further proceeding is necessary.

The plaintiffs' objection is **OVERRULED** and the motion is **DENIED,** and the Magistrate Judge's Order is **AFFIRMED** because the Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

**SO ORDERED.**

**DATED THIS 13TH DAY OF JUNE, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**